UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TYLES C. JACKSON,

      Plaintiff,

v.                            Case No. 09-C-376

MICHAEL THURMER,

      Defendant.

**ORDER GRANTING MOTION TO WITHDRAW PETITION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

On August 23, 2010, the petitioner, Tyles C. Jackson ("Jackson"), filed a motion to withdraw his petition for writ of habeas corpus. On August 24, 2010, the court received a letter from Assistant Attorney General Christopher Wren requesting that the court advise the petitioner on the ramifications of withdrawing his petition. In response, the court issued an order on September 13, 2010, extending the time for the petitioner to file his brief in support of his petition, which would give the petitioner time to seek legal advice regarding his motion to withdraw. The court further advised Jackson that if he did not file a brief in support of his petition by October 28, 2010, the court would proceed to rule on his motion to withdraw his petition for writ of habeas corpus.

As of the date of this order, the petitioner has not filed his brief in support of his petition. Therefore, the court will grant the petitioner's motion to withdraw his petition for writ of habeas corpus.

**NOW THEREFORE IT IS ORDERED** that the petitioner's motion to withdraw his petition for a writ of habeas corpus be and hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the petition for a writ of habeas corpus be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 15th day of November, 2010 at Milwaukee, Wisconsin.

                                        **BY THE COURT:**

                                        s/ William E. Callahan, Jr.
                                        WILLIAM E. CALLAHAN, JR.
                                        United States Magistrate Judge